UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROL L. CONEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00321-LJO-BAM<br><br>ORDER DENYING MOTION FOR ORDER IN CLOSED ACTION<br>(Doc. 5) |

　　　　Plaintiff Matthew B. Cramer ("Plaintiff"), a pre-trial detainee, proceeded pro se in this civil action. On March 14, 2016, the Court found Plaintiff subject to 28 U.S.C. § 1915(g), denied Plaintiff's application to proceed in forma pauperis, dismissed this action without prejudice to refiling with the submission of the $400.00 filing fee in full, and closed this case. (Doc. 3). However, on March 18, 2016, Plaintiff filed the instant motion for a court order informing Tulare County Sheriff's custody staff of his pro per status. (Doc. 5). As this action was dismissed and closed, Plaintiff's motion shall not be heard and is HEREBY DENIED.

IT IS SO ORDERED.

　Dated:　__March 21, 2016__　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1